TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tara.Elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
OCT - 2 2014
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 14- 42 -M- DLC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| MARK ANTHONY FOREMAN *aka Anthony Marc Davison*, DONALD ROSS FOREMAN, and MARKAY DENISE FOREMAN, | |
| Defendants. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |

1

| | |
|---|---|
| | **POSSESS AND BRANDISH A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME** (Counts III and IV) Title 18 U.S.C. § 924(c)(1)(A)(ii) (Mandatory minimum five years to life imprisonment for possessing a firearm, mandatory minimum seven years to life imprisonment for brandishing a firearm, a $250,000 fine, and five years supervised release) **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

COUNT I

That beginning in or around December 2012, and continuing through on or about January 2014, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, MARK ANTHONY FOREMAN, *aka Anthony Marc Davison*, DONALD ROSS FOREMAN, and MARKAY DENISE FOREMAN, did knowingly and unlawfully conspire and agree with each other, and others both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about January 3, 2014, in Missoula County, in the State and District of Montana, the defendants, MARK ANTHONY FOREMAN, *aka Anthony Marc Davison*, DONALD ROSS FOREMAN, and MARKAY DENISE FOREMAN, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That in approximately August 2013, at Missoula, in the State and District of Montana, the defendant, DONALD ROSS FOREMAN, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely conspiracy to distribute methamphetamine, as alleged in Count I above, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

The Grand Jury finds the firearm was brandished.

## COUNT IV

That in approximately October 2013, at Missoula, in the State and District of Montana, the defendant, DONALD ROSS FOREMAN, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely conspiracy to distribute methamphetamine, as alleged in Count I above, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

The Grand Jury finds the firearm was brandished.

A TRUE BILL.

*(signature)*
FOREPERSON

*(signature)*
MICHAEL W. COTTER
United States Attorney

*(signature)*
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney